**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
U S Courthouse, Suite 202
300 South 4th Street
Minneapolis, MN 55415

Divisional Offices
700 Federal Bldg.
316 No Robert Street
St. Paul, Mn 55101

RICHARD D. SLETTEN, CLERK
(612) 664-5000

417 U. S. Courthouse & Federal Building
515 West First Street
Duluth, MN 55802

January 14, 2008

**RE: Case Name:** USA vs James Henry Robinson
**Case Number:** 0:00-CR-00189 (1)

**NOTICE OF MONETARY IMPOSITION PAID IN FULL**

| DEBT | AMOUNT PAID | DATE |
|---|---|---|
| Special Assessment | $ 100.00 | 06/29/2001 |

Sincerely,

s/Kathryn Uline
Financial Technician

SCANNED
JAN 16 2008
U.S. DISTRICT COURT MPLS

FILED 01/14/2008
RICHARD D. SLETTEN, CLERK
Deputy Clerk's Initials s/KU